**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In the Matter of: ROBERT W. HUNT, M.D., A Medical Corporation,<br><br>        Debtor,<br><br>PELI POPOVICH HUNT, pro se, an individual, Agent and Trustee,<br><br>        Appellant,<br><br>  v.<br><br>DAVID M. GOODRICH, Chapter 7 Trustee of the Estate of Robert W. Hunt, MD a medical corporation,<br><br>        Appellee. | No. 13-56778<br><br>D.C. No. 2:12-cv-08619-AG<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Andrew J. Guilford, District Judge, Presiding

Submitted March 10, 2015[**]

---

     [*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

     [**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before:    FARRIS, WARDLAW, and PAEZ, Circuit Judges.

Peli Popovich Hunt, individually and as trustee of the Robert and Peli Hunt Living Trust, appeals pro se from the district court's order dismissing her appeal from the bankruptcy court's order granting a preliminary injunction to Chapter 7 trustee David M. Goodrich.  We have jurisdiction under 28 U.S.C. § 158.  We review de novo whether a case is moot, *Demery v. Arpaio*, 378 F.3d 1020, 1025 (9th Cir. 2004), and we dismiss.

This appeal is moot because the bankruptcy court has entered final judgment, which Hunt has not appealed.  *See Church of Scientology of Cal. v. United States*, 506 U.S. 9, 12 (1992) (appeal must be dismissed for mootness if it is impossible for the appellate court to grant any effectual relief to the prevailing party); *Mt. Graham Red Squirrel v. Madigan*, 954 F.2d 1441, 1450 (9th Cir. 1992) (when underlying claims have been decided, the reversal of a preliminary injunction would have no practical effect, and is moot).

Goodrich's request for judicial notice, filed August 19, 2014, is granted.

Hunt's motion to supplement the record and request for judicial notice, filed June 12, 2014, and her motion to redact the July 25, 2014 Proof of Service and second request for judicial notice, filed August 11, 2014, are denied.

13-56778

Appellant's motion to recall the mandate, filed November 15, 2014, is denied.

**DISMISSED.**